## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                    )     Case No.: 26-56480

CHARMAYNE HUTCHINS                        )
                                          )
                                          )
                                          )     Chapter: 13
                                          )

Debtor(s)

AN EXTENSION OF TIME TO OBTAIN AN ATTORNEY

HELLO IM REQUESTING AN EXTENSION OF TIME TO OBTAIN AN ATTORNEY, AS I AM NOT CONFIDENT THAT I HAVE COMPLETED THE CHAPTER 13 PAPERWORK PROPERLY * SEEING THAT I FILED PRO. SE IT IS MORE COSTLY THAN I ORIGINALLY IMAGINED TO GET AN ATTORNEY TO STEP IN * I ALMOST HAVE ENOUGH TO OBTAIN SAID ATTORNEY *

Dated: 6/23/26

Signature:

Printed Name: CHARMAYNE HUTCHINS

Address: 2090 HYDRANGEA LANE
AUSTELL GA 30106

Phone: 678 987 4495

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:

Charmayne HUTCHINS

)
)
)     Case No:
)
)     Chapter
)
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _23_ day of _JUNE_ ; 20_26_ I served a copy of

AN EXTENTION OF TIME TO OBTAIN AN ATTORNEY

which was filed in this bankruptcy matter on the ____ day of _____, 20__.

Mode of service (check one):      ○ MAILED       ⦸ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

melissa Davey
Suite 2250
233 Peachtree ST Atlanta Ga 30303

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 6-23-26

Signature: _____

Printed Name: Charmayne HUTCHINS

Address: 2090 HYDRANGEA Lane
austell Ga 30106

Phone: 678 8874495

(Generic Certificate of Service – Revised 4/13)