2656480

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CHARMAYNE HUTCHINS | **Employee ID:** | 04638705 |
| **Finance Number:** | 12-0429 | **Pay Location:** | K07 |
| **Pay Period:** | 08-2026 | **Pay Date:** | 04/10/26 |
| **Inclusive Dates:** | 03/21/26 - 04/03/26 | | |

### Net Pay: $1,210.66

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-26 | 1 | K | 107 | | 710 | 68,071 | 051 | RURAL ACTUAL HOURS | 40.60 | .00 | |
| 08-26 | 1 | K | 107 | | 710 | 68,071 | 052 | WORK HOURS | 44.00 | 1,309.06 | |
| 08-26 | 2 | K | 107 | | 710 | 68,071 | 051 | RURAL ACTUAL HOURS | 26.17 | .00 | |
| 08-26 | 2 | K | 107 | | 710 | 68,071 | 055 | ANNUAL LEAVE | 8.00 | 261.81 | |
| 08-26 | 2 | K | 107 | | 710 | 68,071 | 056 | SICK LEAVE | 8.00 | 261.81 | |
| 08-26 | 2 | K | 107 | | 710 | 68,071 | 052 | WORK HOURS | 26.40 | 785.43 | |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,618.11 | |



FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JUN 23 PM 11: 52

VANIA B. ALLEN
CLERK
BY: _____
DEPUTY CLERK

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,618.11 | $22,044.85 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 115.20 | 939.85 |
| Social Security | 155.44 | see YTD below |
| Medicare | 36.35 | see YTD below |
| Federal Tax: H 03 | .00 | 364.16 |
| Health Plan Pre-tax: (Self only) HLD AETNA ADVANTAGE | 62.53 | 125.06 |
| State Income Tax: GA S 00 | 99.36 | 870.47 |
| FEDVIP Vision Pre Tax | 9.50 | 76.00 |
| FEDVIP Dental Pre Tax | 39.09 | 275.82 |
| Social Security (deducted on Ins Income) | .12 | 1,338.13 |
| Medicare (deducted on Ins Income) | .03 | 312.95 |
| TSP Loan: G | 20.48 | 163.84 |
| TSP Loan: G | 9.29 | 37.16 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 130.91 | 1,068.00 |
| Union Dues: R | 29.15 | 233.20 |
| Allotment | 250.00 | 2,000.00 |
| Allotment | 200.00 | 1,600.00 |
| Allotment | 250.00 | 2,000.00 |
| Total Current Pay Period Deductions: | 1,407.45 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,407.45 | $11,404.64 |
| Net Pay (Net To Bank): | $1,210.66 | $10,640.21 |

## Adjustments

No adjustments for this pay period

2656480

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CHARMAYNE HUTCHINS | **Employee ID:** | 04638705 |
| **Finance Number:** | 12-0429 | **Pay Location:** | K07 |
| **Pay Period:** | 09-2026 | **Pay Date:** | 04/24/26 |
| **Inclusive Dates:** | 04/04/26 - 04/17/26 | | |

## Net Pay:                                                $1,185.99

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-26 | 1 | K | 107 | | 710 | 74,722 | 055 | ANNUAL LEAVE | 40.00 | 1,436.96 | |
| 09-26 | 2 | K | 107 | | 710 | 74,722 | 051 | RURAL ACTUAL HOURS | 33.70 | .00 | |
| 09-26 | 2 | K | 107 | | 710 | 74,722 | 060 | FULL DAY LWOP HOURS | 8.00 | .00 | |
| 09-26 | 2 | K | 107 | | 710 | 74,722 | 006 | FMLA FULL DAY WOP | 8.00 | .00 | |
| 09-26 | 2 | K | 107 | | 710 | 74,722 | 052 | WORK HOURS | 37.60 | 1,149.57 | |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,586.53 | |

## Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
| | **Pay Period** | **YTD** |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $2,586.53 | $24,631.38 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | **Pay Period** | **YTD** |
| Retirement: FERS - Ret-FICA Code E | 113.81 | 1,053.66 |
| Social Security | 153.47 | see YTD below |
| Medicare | 35.89 | see YTD below |
| Federal Tax: H 03 | .00 | 364.16 |
| Health Plan Pre-tax: (Self only) HLD AETNA ADVANTAGE | 62.53 | 187.59 |
| State Income Tax: GA S 00 | 97.81 | 968.28 |
| FEDVIP Vision Pre Tax | 9.50 | 85.50 |
| FEDVIP Dental Pre Tax | 39.09 | 314.91 |
| Social Security (deducted on Ins Income) | .15 | 1,491.75 |
| Medicare (deducted on Ins Income) | .04 | 348.88 |
| TSP Loan: G | 20.48 | 184.32 |
| TSP Loan: G | 9.29 | 46.45 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 129.33 | 1,197.33 |
| Union Dues: R | 29.15 | 262.35 |
| Allotment | 250.00 | 2,250.00 |
| Allotment | 200.00 | 1,800.00 |
| Allotment | 250.00 | 2,250.00 |
| **Total Current Pay Period Deductions:** | 1,400.54 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,400.54 | $12,805.18 |
| **Net Pay (Net To Bank):** | $1,185.99 | $11,826.20 |

## Adjustments

No adjustments for this pay period

2656480

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CHARMAYNE HUTCHINS | **Employee ID:** | 04638705 |
| **Finance Number:** | 12-0429 | **Pay Location:** | K07 |
| **Pay Period:** | 10-2026 | **Pay Date:** | 05/08/26 |
| **Inclusive Dates:** | 04/18/26 - 05/01/26 | | |

## Net Pay:                    $1,186.00

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-26 | 1 | K | 107 | | 710 | 74,722 | 051 | RURAL ACTUAL HOURS | 35.67 | .00 | |
| 10-26 | 1 | K | 107 | | 710 | 74,722 | 060 | FULL DAY LWOP HOURS | 8.00 | .00 | |
| 10-26 | 1 | K | 107 | | 710 | 74,722 | 052 | WORK HOURS | 37.60 | 1,149.57 | |
| 10-26 | 2 | K | 107 | | 710 | 74,722 | 051 | RURAL ACTUAL HOURS | 41.88 | .00 | |
| 10-26 | 2 | K | 107 | | 710 | 74,722 | 052 | WORK HOURS | 47.00 | 1,436.96 | |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,586.53 | |

## Additional Pay & Other Compensation

2656480

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $2,586.53 | $27,217.91 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 113.81 | 1,167.47 |
| Social Security | 153.47 | see YTD below |
| Medicare | 35.89 | see YTD below |
| Federal Tax: H 03 | .00 | 364.16 |
| Health Plan Pre-tax: (Self only) HLD AETNA ADVANTAGE | 62.53 | 250.12 |
| State Income Tax: GA S 00 | 97.81 | 1,066.09 |
| FEDVIP Vision Pre Tax | 9.50 | 95.00 |
| FEDVIP Dental Pre Tax | 39.09 | 354.00 |
| Social Security (deducted on Ins Income) | .15 | 1,645.37 |
| Medicare (deducted on Ins Income) | .03 | 384.80 |
| TSP Loan: G | 20.48 | 204.80 |
| TSP Loan: G | 9.29 | 55.74 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 129.33 | 1,326.66 |
| Union Dues: R | 29.15 | 291.50 |
| Allotment | 250.00 | 2,500.00 |
| Allotment | 200.00 | 2,000.00 |
| Allotment | 250.00 | 2,500.00 |
| **Total Current Pay Period Deductions:** | 1,400.53 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,400.53 | $14,205.71 |
| **Net Pay (Net To Bank):** | $1,186.00 | $13,012.20 |

## Adjustments

No adjustments for this pay period

2656480

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CHARMAYNE HUTCHINS | **Employee ID:** | 04638705 |
| **Finance Number:** | 12-0429 | **Pay Location:** | K07 |
| **Pay Period:** | 11-2026 | **Pay Date:** | 05/22/26 |
| **Inclusive Dates:** | 05/02/26 - 05/15/26 | | |

## Net Pay:                                      $1,409.46

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-26 | 1 | K | 107 | | 710 | 74,722 | 051 | RURAL ACTUAL HOURS | 36.43 | .00 | |
| 11-26 | 1 | K | 107 | | 710 | 74,722 | 056 | SICK LEAVE | 8.00 | 287.39 | |
| 11-26 | 1 | K | 107 | | 710 | 74,722 | 002 | FMLA SICK LEAVE | 8.00 | .00 | |
| 11-26 | 1 | K | 107 | | 710 | 74,722 | 052 | WORK HOURS | 37.60 | 1,149.57 | |
| 11-26 | 2 | K | 107 | | 710 | 74,722 | 051 | RURAL ACTUAL HOURS | 43.30 | .00 | |
| 11-26 | 2 | K | 107 | | 710 | 74,722 | 052 | WORK HOURS | 47.00 | 1,436.96 | |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,873.92 | |

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | **Pay Period** | **YTD** |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $2,873.92 | $30,091.83 |

## Deductions

| Description | Amount | |
|---|---|---|
| | **Pay Period** | **YTD** |
| Retirement: FERS - Ret-FICA Code E | 126.45 | 1,293.92 |
| Social Security | 171.29 | see YTD below |
| Medicare | 40.06 | see YTD below |
| Federal Tax: H 03 | .76 | 364.92 |
| Health Plan Pre-tax: (Self only) HLD AETNA ADVANTAGE | 62.53 | 312.65 |
| State Income Tax: GA S 00 | 111.98 | 1,178.07 |
| FEDVIP Vision Pre Tax | 9.50 | 104.50 |
| FEDVIP Dental Pre Tax | 39.09 | 393.09 |
| Social Security (deducted on Ins Income) | .14 | 1,816.80 |
| Medicare (deducted on Ins Income) | .04 | 424.90 |
| TSP Loan: G | 20.48 | 225.28 |
| TSP Loan: G | 9.29 | 65.03 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 143.70 | 1,470.36 |
| Union Dues: R | 29.15 | 320.65 |
| Allotment | 250.00 | 2,750.00 |
| Allotment | 200.00 | 2,200.00 |
| Allotment | 250.00 | 2,750.00 |
| **Total Current Pay Period Deductions:** | 1,464.46 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,464.46 | $15,670.17 |
| **Net Pay (Net To Bank):** | $1,409.46 | $14,421.66 |

## Adjustments

No adjustments for this pay period