

**IT IS ORDERED as set forth below:**

**Date: June 25, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | **CASE NO. 26-56480-PMB** |
| | : | |
| **CHARMAYNE A D HUTCHINS,** | : | |
| | : | **CHAPTER 13** |
| Debtor. | : | |
| _____ | : | |

**ORDER DENYING MOTION**
**FOR EXTENSION OF TIME TO OBTAIN COUNSEL**

Debtor named above, who is *pro se* (the "Debtor"), filed a document construed as a *Motion to Extend Time to Obtain Counsel* on June 23, 2026 (Docket No. 22)(the "Motion"), requesting an extension of time to obtain an attorney to advise and represent her in this case.   From the docket, it appears that the Debtor is paying her filing fee in installments and has filed all her Chapter 13 documents.   It also appears that the Debtor should have ample time to retain an attorney and for him or her to file an application for approval of their employment prior to the confirmation hearing scheduled in this case for July 23, 2026, and the hearing scheduled on the *Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay* (Docket No. 21) also for July 23, 2026.

In light of the foregoing, it is

**ORDERED** that the Motion be, and the same hereby is, **denied.**

The Clerk is directed to serve a copy of this Order upon the Debtor, the Chapter 13 Trustee, and all parties filing a notice of appearance in this case.

**[END OF DOCUMENT]**