**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

In
Re:    **Charmayne A D Hutchins**

            Debtor(s)

Case No.: **26−56480−pmb**
Chapter: **13**
Judge: **Paul Baisier**

---

### NOTICE OF DEFICIENCY

You are hereby notified that Document # 23 filed on June 23, 2026, is deficient for the following reasons:

The required filing fee was not paid. (28 U.S.C. 1930). Fee due: $34.00

Please remit required fee via cashier's check or money order payable to the Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. Payments may also be made online at:https://www.ganb.uscourts.gov/online−payments .

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 6/24/26

Vania S. Allen
Clerk of Court

By: R. Scott O'Neal
Deputy Clerk

Form 431 − Notice of deficiency 11−2020

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 26-56480-pmb

Charmayne A D Hutchins                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                              User: bncadmin                                        Page 1 of 1

Date Rcvd: Jun 24, 2026                      Form ID: 431                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID**              **Recipient Name and Address**
db                    +   Charmayne A D Hutchins, 2090 Hydrangea Lane, Austell, GA 30106-2660

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Matthew Franklin Totten
                                  on behalf of Creditor Progress Residential Borrower 8  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
                                  mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

TOTAL: 2