# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Debtor(s)<br>Re: **Charmayne A D Hutchins**<br>2090 Hydrangea Lane<br>Austell, GA 30106<br><br>**xxx−xx−4991** | Case No.: **26−56480−pmb**<br>Chapter:  **13**<br>Judge:  **Paul Baisier** |

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul Baisier
United States Bankruptcy Judge

Dated: July 24, 2026

Form 155

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                        Case No. 26-56480-pmb

Charmayne A D Hutchins                                                                         Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                                        Page 1 of 3

Date Rcvd: Jul 24, 2026                 Form ID: 155                                          Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charmayne A D Hutchins, 2090 Hydrangea Lane, Austell, GA 30106-2660 |
| 25956314 | + | Brightway Credit Card, PO Box 981037, Boston, MA 02298-1037 |
| 25908693 | + | Farmers Home, PO Box 1140, Dublin, GA 31040-1140 |
| 25908690 | + | Milestone, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808-2952 |
| 25908684 | + | Nissan, 1 Allied Dr. #DT, Trevose, PA 19053-6945 |
| 25956316 | + | Revel Credit Card, PO Box 3220, Buffalo, NY 14240-3220 |
| 25908691 | + | String Oaks, 1400 Crossways Blvd, Chesapeake, VA 23320-0207 |
| 25908689 | + | Viva Finance, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25908687 | + | Email/Text: bncnotifications@pheaa.org | Jul 24 2026 20:56:00 | AES ESA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 25934102 | | EDI: ATLASACQU | Jul 25 2026 00:29:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25908683 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2026 21:03:24 | Affirm, 650 California St, FL 12, San Francisco, CA 94108-2716 |
| 25908682 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 24 2026 20:56:00 | Carmax Auto Finance, PO Box 6045, Carol Stream, IL 60197 |
| 25895072 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 24 2026 20:56:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court,, Ste 210, Kennesaw, GA 30144 |
| 25918463 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2026 21:03:06 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25956312 | + | EDI: CAPITALONE.COM | Jul 25 2026 00:29:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25908695 | + | EDI: CAPITALONE.COM | Jul 25 2026 00:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 25956315 | + | EDI: PHINGENESIS | Jul 25 2026 00:29:00 | Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 25908686 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2026 21:03:22 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 25938793 | | Email/Text: corporatecredit@farmersfurniture.com | Jul 24 2026 20:57:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 25956313 | + | EDI: AMINFOFP.COM | Jul 25 2026 00:29:00 | First Premier, 500 S Minnesota Ave, Sioux Falls, SD 57104-6818 |
| 25908696 | + | EDI: PHINGENESIS | | |

| | | | | |
|---|---|---|---|---|
| 25908692 | | EDI: JEFFERSONCAP.COM | Jul 25 2026 00:29:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| | | | Jul 25 2026 00:29:00 | Jefferson Capital, 16 McLeland Rd, St Cloud, MN 56303 |
| 25900303 | | EDI: JEFFERSONCAP.COM | Jul 25 2026 00:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25908694 | + | Email/Text: bankruptcy@kikoff.com | Jul 24 2026 20:56:00 | Kikoff, 633 Folsom St, Ste 300, San Francisco, CA 94107-3600 |
| 26001144 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:03:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26010124 | + | EDI: AGFINANCE.COM | Jul 25 2026 00:29:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 25942111 | + | Email/Text: bncnotifications@pheaa.org | Jul 24 2026 20:56:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 25908685 | + | EDI: AMINFOFP.COM | Jul 25 2026 00:29:00 | Premier, PO Box 1348, Sioux Falls, SD 57101-1348 |
| 25939544 | + | EDI: JEFFERSONCAP.COM | Jul 25 2026 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 25897930 | + | Email/Text: bknotices@progressresidential.com | Jul 24 2026 20:58:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25908681 | + | Email/Text: bknotices@progressresidential.com | Jul 24 2026 20:58:00 | Progress Residential, 2658 Holcomb Bridge Rd, Alpharetta, GA 30022-6822 |
| 25964021 | | EDI: Q3G.COM | Jul 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 25947186 | | EDI: Q3G.COM | Jul 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 25935945 | | Email/Text: bankruptcy@springoakscapital.com | Jul 24 2026 20:56:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25993021 | + | Email/Text: BNCnotices@dcmservices.com | Jul 24 2026 20:57:00 | THE BORTOLAZZO GROUP, LLC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25935170 | + | Email/Text: bankruptcy@bbandt.com | Jul 24 2026 20:57:00 | Truist Bank, PO Box 1847/100-50-01-51, Wilson NC 27894-1847 |
| 25989146 | ^ | MEBN | Jul 24 2026 20:52:37 | US AUTO SALES INC,, C/O WESTLAKE PORTFOLIO MANAGEMENT, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |
| 25908688 | + | Email/Text: bk@worldacceptance.com | Jul 24 2026 20:57:00 | World Finance, 104 S Main St, Greenville, SC 29601-2711 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25956311 | | Carmax |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 113E-9                          User: bncadmin                                    Page 3 of 3
Date Rcvd: Jul 24, 2026                       Form ID: 155                                 Total Noticed: 38

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                 Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Matthew Franklin Totten

on behalf of Creditor Progress Residential Borrower 8  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey

mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

TOTAL: 2